UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

MARK O'BRIEN WILLIAMS,

        Petitioner,

     v.                                     Case No. 04-C-513

BYRON BARTOW, Director,
Wisconsin Resource Center,

        Respondent.

_____

O R D E R

    *Pro se* petitioner Mark O'Brien Williams has filed a notice of appeal to appeal this court's denial of his petition for the writ of *habeas corpus*, and the court will construe the notice of an appeal as a request for a certificate of appealability within the meaning of 28 U.S.C. § 2253. After reviewing the record, the court is obliged to conclude Williams has not made a substantial showing of the denial of a constitutional right, and his request for a certificate of appealability must therefore be denied.

    Accordingly,

    IT IS ORDERED that no certificate of appealability issue in this case.

Dated at Milwaukee, Wisconsin, this 14th day of June, 2005.

BY THE COURT:

s/J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge